# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL ENRIQUE PEREZ-TORRES,<br>　aka "Maliente,"<br><br>　　　　Defendant. | 2:20-CR-156-RFB-DJA<br><br>**Final Order of Forfeiture** |

This Court found that Daniel Enrique Perez-Torres, aka "Maliente," shall pay the in personam criminal forfeiture money judgment of $2,000 under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a)(1); 21 U.S.C. § 853(a)(2); 21 U.S.C. § 853(p); and 21 U.S.C. § 881(a)(6) with 28 U.S.C. § 2461(c). Superseding Criminal Information, ECF No. 350; Plea Agreement, ECF No. 352; Arraignment & Plea, ECF No. 353; Preliminary Order of Forfeiture, ECF No. 354.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The in personam criminal forfeiture money judgment amount of $2,000 complies with *United States v. Lo*, 839 F.3d 777 (9th Cir. 2016); *Honeycutt v. United States*, 581 U.S. 443 (2017); *United States v. Thompson*, 990 F.3d 680 (9th Cir. 2021); and *United States v. Prasad*, 18 F.4th 313 (9th Cir. 2021).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Daniel Enrique Perez-Torres, aka "Maliente," the in personam criminal forfeiture money judgment of $2,000, not to be held jointly and severally

liable with any codefendants and the collected money judgment amount between the codefendants is not to exceed $66,120 to ensure the government does not collect more than the forfeitable amount based on the forfeiture statutes under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a)(1); 21 U.S.C. § 853(a)(2); 21 U.S.C. § 853(p); and 21 U.S.C. § 881(a)(6) with 28 U.S.C. § 2461(c).

　　　　IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

　　　　DATED ____September 15,____, 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE